UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

FILED by JBU D.C.
MAY 2 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER SETTING HEARING

THIS MATTER came before the Court upon the parties' Joint Motion for Preliminary Approval of Settlement Concerning Claims Against Defendants Aetna, Inc. and Aetna-U.S. Healthcare, Inc., filed on **May 22, 2003**. It is

**ADJUDGED** that a hearing on the above motion shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Courtroom IV, Tenth Floor, Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132, on **Thursday, May 29, 2003, at 10:00 A.M.** Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of May, 2003.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
THE **APRIL 18, 2003** SERVICE LIST

