UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_____/

FILED by JBU D.C.

JUL - 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon Plaintiffs Timothy N. Kaiser, M.D. and Suzanne Lebel Corrigan, M.D.'s Motion to Approve Amended Class Notice and Schedule Final Fairness Hearing **(D.E. No. 1908)**, filed on **March 5, 2003**, and the Motion of CIGNA Defendants to Join in Motion of Timothy N. Kaiser, M.D. and Suzanne Lebel Corrigan, M.D. for Approval of Amended Class Settlement Notice and Scheduling Fairness Hearing and to Request a Conference with the Court to Set Dates **(D.E. No. 1909)**, filed on **March 7, 2003**. It is

**ADJUDGED** that oral argument on preliminary approval of any proposed CIGNA settlement shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Courtroom IV, Tenth Floor, Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132, on **Thursday, September 4, 2003, at 1:30 P.M.** Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in open court at the United States District Courthouse in Miami, Florida, on July 8, 2003, and signed this 9th day of July, 2003.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
THE JULY 1, 2003 SERVICE LIST

