UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MDL NO.: 1334

MASTER FILE NO.: 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION
_____/

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**
_____/

### DEFENDANT ANTHEM, INC.'S
### NOTICE OF PENDING MOTION TO DISMISS

Pursuant to this Court's Order Setting Hearing and Requiring Notice of Pending Motions to Dismiss, entered July 15, 2003, defendant Anthem, Inc. gives notice of the following pending motion to dismiss in <u>Charles B. Shane, et al. v. Humana, Inc., et al.</u>:

- Defendant Anthem's Motion to Dismiss [D.E. 1664] and Memorandum in Support [D.E. 1665] filed October 18, 2002. [1]

- Provider Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended, Consolidated Class Action Complaint [D.E. 1719] filed November 15, 2002. [2]

---

[1] Anthem notes that its Motion to Dismiss incorporates by reference the arguments made in the Joint Motion to Dismiss Provider Plaintiffs' Second Amended, Consolidated Class Action Complaint and Memorandum of Law [D.E. 1662, 1669] which was filed by Anthem's co-defendants on October 18, 2002, and of which the Court will receive notice by a separate filing. Anthem requests that its motion to dismiss be heard at the August 19, 2003 hearing, when the Joint Motion to Dismiss filed by Anthem's co-defendants will be heard.

[2] Provider Plaintiffs' Opposition Memorandum responds jointly to the individual Motions to Dismiss and Memoranda of Law filed by Anthem [D.E. 1664, 1665] and Coventry [D.E. 1647, 1648]; the Supplemental Motion to Dismiss and Memorandum of Law filed by PacifiCare Health Systems, Inc. [D.E. 1656]; and the Joint Motion to Dismiss Provider Plaintiffs' Second Amended, Consolidated Class Action Complaint and Memorandum of Law filed by Anthem's co-defendants. [D.E. 1662, 1669].

- Defendant Anthem's Reply in Support of its Motion to Dismiss [D.E. 1785] filed December 13, 2002.

- Defendants' Supplemental Memorandum in Support of Motion to Dismiss, or in the Alternative, Supplemental Motion to Dismiss and Incorporated Memorandum of Law [D.E. 1948] filed April 21, 2003.

- Provider Plaintiffs' Memorandum of Law in Opposition to Defendants' Supplemental Memorandum in Support of Motion to Dismiss, or in the Alternative, Supplemental Motion to Dismiss and Incorporated Memorandum of Law [D.E. 1981] filed May 16, 2003.

- Defendants' Corrected Supplemental Reply Memorandum in Support of Motion to Dismiss, or in the Alternative, Supplemental Motion to Dismiss and Incorporated Memorandum of Law [D.E. 2020], filed June 3, 2003.

Dated: July 31, 2003                Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _____
Laura Besvinick FL Bar #391158
Lori Piechura FL Bar #979619
HOGAN & HARTSON L.L.P
Barclays Financial Center, Suite 1900
1111 Brickell Avenue
Miami, FL 33131
(305) 459-6500

Craig A. Hoover
Peter R. Bisio
E. Desmond Hogan
HOGAN & HARTSON L.L.P
555 13th Street, N.W.
Washington, DC 20004
(202) 637-5600

DELANEY, ZEMETIS, DONAHUE
   DURHAM & NOONAN
Michael G. Durham
Patrick M. Noonan
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

*Attorneys for Defendant Anthem, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Defendant Anthem, Inc.'s Notice of Pending Motion to Dismiss were served this 31st day of July, 2003 on:

*By Overnight Mail*

Archie Lamb, Jr.
LAW OFFICES OF ARCHIE LAMB, LLC
2017 Second Avenue, North
Birmingham, AL 35203

Aaron Podhurst
PODHURST ORSECK JOSEFSBERG
EATON MEADOW OLIN & PERWIN
25 West Flagler Street, Suite 800
Miami, FL 33130

Harley S. Tropin
KOZYAK TROPIN & THROCKMORTON
200 S. Biscayne Boulevard, Suite 2800
Miami, FL 33131

*By Regular Mail:*

Edith M. Kallas
Joseph P. Gugliemo
MILBERG WEISS BERSHAD
HYNES & LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165

James E. Hartley, Jr.
DRUBNER HARTLEY & O'CONNOR
500 Chase Parkway
4th Floor
Waterbury, CT 06708

Dennis G. Pantazis
GORDON SILBERMAN WIGGINS & CHILDS
1400 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Nicholas B. Roth
EYSTER KEY TUBB WEAVER & ROTH
402 E. Moulton Street
Decatur, AL 35601

Jeffrey A. Mobley
LOWE MOBLEY & LOWE
1210 21st Street
Haleyville, AL 35565

Mark Gray
GRAY & WEISS
1200 PNC Plaza
500 West Jefferson
Louisville, KY 40202

Robert Foote
FOOTE & MEYERS
416 South Second Street
Geneva, IL 60134

Jay Waller
CAMPBELL WALLER & McCALLUM
2100A Southbridge Parkway, Suite 475
Birmingham, AL 35209

| | |
|---|---|
| James B. Tilghman, Esq.<br>STEWART TILGHMAN FOX & BIANCHI<br>1 SE 3rd Avenue, Suite 3000<br>Miami, FL 33131-1764 | Joe R. Whatley, Jr.<br>WHATLEY DRAKE<br>2323 2nd Avenue, North<br>Birmingham, AL 35203 |
| J. Mark White<br>WHITE DUNN & BOOKER<br>2025 3rd Avenue North, Suite 600<br>Birmingham, AL 35203 | Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>SAVERI & SAVERI<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111-5619 |
| Kenneth S. Canfield, Esq.<br>DOFFERMYRE SHIELDS CANFIELD<br>KNOWLES & DEVINE<br>1355 Peachtree Street, Suite 1600<br>Atlanta, GA 30309 | |

    I further certify that the foregoing was served by electronic mail to all other counsel listed on the Court's **July 24, 2003,** service list.

_____
Lori Picchura