UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
PROVIDER TRACK CASES

NIGHT BOX FILED
JAN 2 2 2004
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**AETNA INC. AND AETNA U.S. HEALTHCARE INC.'S
REQUEST FOR ORAL ARGUMENT ON MOTION FOR AN ORDER
FURTHER ENJOINING JORDAN S. JOSEPHSON, M.D.,
JORDAN S. JOSEPHSON, M.D., P.C., AND THEIR ATTORNEYS
FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDERS
AND JUDGMENT AND FOR AN ORDER TO SHOW CAUSE
WHY THEY SHOULD NOT BE HELD IN CONTEMPT**

Defendants, Aetna Inc. and Aetna U.S. Healthcare Inc.'s ("Aetna"), hereby file this Request for Oral Argument on Defendants' Motion For An Order Further Enjoining Jordan S. Josephson, M.D., Jordan S. Josephson, M.D., P.C., And Their Attorneys From Violating This Court's Final Approval Orders And Judgment And For An Order To Show Cause Why They Should Not Be Held In Contempt (hereinafter "Motion").

Aetna filed this Motion after it conferred with opposing counsel in an effort to resolve the matter short of court intervention. Aetna requests oral argument on this Motion so that all the issues can be presented quickly and succinctly to the Court and a ruling on this issue can be made expeditiously. Aetna estimates that a fifteen (15) minute hearing on this matter is necessary.

No party will be prejudiced by granting this Request for Oral Argument. This Request has been filed in good faith and is not intended to hamper or delay prosecution in this case.

GREENBERG TRAURIG, P.A.

Master File No. 00-1334-MD-MORENO

Pursuant to Southern District Local Rule 7.1(A)(2), Aetna has included a proposed order with this Request.

WHEREFORE, Aetna respectfully requests that the Court enter an order granting oral argument on Aetna's Motion For An Order Further Enjoining Jordan S. Josephson, M.D., Jordan S. Josephson, M.D., P.C., And Their Attorneys From Violating This Court's Final Approval Orders And Judgment And For An Order To Show Cause Why They Should Not Be Held In Contempt.

DATED: January 22, 2004

Respectfully submitted,

*/s/ Hilarie M. Bass*
Hilarie Bass
Florida Bar Number: 334243
E-mail: bassh@gtlaw.com
Mark P. Schnapp
Florida Bar Number: 501689
E-mail: schnappm@gtlaw.com
Christine Nanfeldt
Florida Bar Number: 114049
E-mail: nanfeldtc@gtlaw.com
**GREENBERG TRAURIG**
1221 Brickell Avenue
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717

John J. Swenson
E-mail: jswenson@gibsondunn.com
Richard J. Doren
E-mail: rdoren@gibsondunn.com
Mark Erich Weber
E-mail: mweber@gibsondunn.com
Kay E. Kochenderfer
E-mail: kkochenderfer@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-6038

Miguel A. Estrada
E-mail: mestrada@gibsondunn.com
Daniel W. Nelson
E-mail: dnelson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 530-9616

*Attorneys for Defendants Aetna U.S. Healthcare Inc., Aetna Inc., Aetna Health Inc.*

Master File No. 00-1334-MD-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was served overnight mail to Aaron S. Podhurst, Esq. and Harley S. Tropin, Esq.; one copy by electronic mail to all other counsel listed on the October 1, 2003 Service List; one copy to Michael A. Coval, John J. Pentz, Esq., Randall Henley, Esq., Nicholas M. Fausto, Esq., Stanley M. Chesley, Esq., Richard S. Wayne, Michael R. Barrett, Randall A. Pullman, J. Benton Stewart, Brian D. Marcus, Esq., Norman A. Yatooma, Peter A. Shapiro, Esq., Jeffrey M. Liggio, Esq., Jene P. Williams, Esq., Edward H. Zebersky, Esq., Joseph A. Schwartz, III, Esq., Traci L. Cotton, Justin L. Williams, Esq., William D. Strinden, M.D., Katherine Benesch, Esq., and Harvey W. Gurland, Jr. Esq. by electronic mail; one copy by U.S. mail to Justin L. Williams, Esq.; and one copy by U.S. mail to Joseph A. Schwartz, III, Esq., Walter J. Chlysta, M.D., 400 Wabash Avenue, Akron, Ohio 44307, Gary Eckenrode, M.D., P.O. Box 154, Richboro, PA 1895, David Russell Jacobson, P.O. Box A3042, Chicago, Illinois 60690, Lawrence W. Schonbrun, Esq., 86 Eucalyptus Road, Berkeley, CA 94705, Charles D. Levit, M.D., 203 East 72 Street (27C), New York, NY 10021 and one copy by overnight mail to Lee Squitieri, Esq., Squitieri & Fearon, LLP, 420 Fifth Avenue, 18th Floor, New York, New York 10175 and Joel R. Bennett, Esq., Matthew Fairshter, Esq., 225 South Lake Avenue, 9th Floor Pasadena, CA 91101 on this 22nd day of January, 2004.

*Christine M. Nanfeldt*
CHRISTINE NANFELDT