UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION

FILED by RKS   D.C.
JAN 23 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

## ORDER GRANTING DEFENDANTS' AETNA INC. AND AETNA U.S. HEALTHCARE INC.'S REQUEST FOR ORAL ARGUMENT

**THIS CAUSE** came before the Court on Defendants' Aetna Inc. and Aetna U.S. Healthcare Inc.'s Request for Oral Argument on Defendants' Motion For Order Enjoining Class Members East County Physicians Medical Group, Inc. And Ted Mazer, M.D. And Their Attorneys From Violating This Court's Final Approval Orders And Judgment And Compelling East County Physicians Medical Group, Inc., Ted Mazer, M.D., And Their Attorneys To Show Cause Why They Should Not Be Held In Contempt. The Court, having reviewed the motion, pertinent portions of the record, and otherwise being fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that Defendants', Aetna Inc. and Aetna U.S. Healthcare Inc., Request for Oral Argument on Defendants' Motion For Order Enjoining Class Members East County Physicians Medical Group, Inc. And Ted Mazer, M.D. And Their Attorneys From Violating This Court's Final Approval Orders And Judgment And Compelling East County Physicians Medical Group, Inc., Ted Mazer, M.D., And Their Attorneys To Show Cause Why They Should Not Be Held In Contempt is hereby **GRANTED**. The hearing regarding the Motion will be held on _January 30_ at _10_ a.m. ~~p.m.~~

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of January, 2004.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:
October 1, 2003 Court Service List