UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION



THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

## ORDER GRANTING DEFENDANTS' AETNA INC. AND AETNA U.S. HEALTHCARE INC.'S REQUEST FOR ORAL ARGUMENT

**THIS CAUSE** came before the Court on Defendants' Aetna Inc. and Aetna U.S. Healthcare Inc.'s Request for Oral Argument on Defendants' Motion For An Order Further Enjoining Jordan S. Josephson, M.D., Jordan S. Josephson, M.D., P.C., And Their Attorneys From Violating This Court's Final Approval Orders And Judgment And For An Order To Show Cause Why They Should Not Be Held In Contempt. The Court, having reviewed the motion, pertinent portions of the record, and otherwise being fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that Defendants', Aetna Inc. and Aetna U.S. Healthcare Inc., Request for Oral Argument on Defendants' Motion For An Order Further Enjoining Jordan S. Josephson, M.D., Jordan S. Josephson, M.D., P.C., And Their Attorneys From Violating This Court's Final Approval Orders And Judgment And For An Order To Show Cause Why They Should Not Be Held In Contempt is hereby **GRANTED**. The hearing regarding the Motion will be held on _January 30, 2004_ at _10_ a.m.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _23rd_ day of January, 2004.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:
October 1, 2003 Court Service List