UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**



IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_____/

**ORDER SETTING HEARING ON MOTION FOR AN ORDER FURTHER ENJOINING JORDAN S. JOSEPHSON, M.D, JORDAN S. JOSEPHSON, M.D., P.C., AND THEIR ATTORNEYS FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDERS**

THIS CAUSE came before the Court upon Aetna Inc. and Aetna U.S. Healthcare Inc.'s Motion for an Order Further Enjoining Jordan S. Josephson, M.D., Jordan S. Josephson, M.D., P.C., and Their Attorneys From Violating This Court's Final Approval Orders and Judgment and For an Order to Show Cause Why They Should Not Be Held in Contempt **(D.E. No. 2848)**, filed on **January 22, 2004**, and Lee Squitieri, Esq.'s Letter to Chambers Requesting Adjournment of Hearing, dated **January 28, 2004**.

**ADJUDGED** that a Hearing on the above-referenced Motion shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Courtroom IV, Tenth Floor, Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132, on **Wednesday, February 18, 2004 at 10:00 A.M.** Counsel shall be prepared to address

all pending matters that the Court has not referred to a magistrate

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2004.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
THE OCTOBER 1, 2003 SERVICE LIST