UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

FILED by __ D.C.

FEB 18 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

IN RE: MANAGED CARE LITIGATION
_____

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**
_____/

**ORDER DENYING AS WITHDRAWN AETNA'S MOTION FOR AN ORDER
ENJOINING JORDAN S. JOSEPHSON, M.D. *et. al.***

THIS CAUSE came before the Court upon Aetna Inc. and Aetna U.S. Healthcare Inc.'s

Motion for an Order Further Enjoining Jordan S. Josephson, M.D., Jordan S. Josephson, M.D., P.C.

And Their Attorneys From Violating This Court's Final Approval Orders and Judgment And For An

Order To Show Cause Why They Should Not Be Held in Contempt (**D.E. No. No. 2848**), filed on

**January 22, 2004**.

THE COURT has considered the motion, the response, and the pertinent portions of the

record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as withdrawn as per the telephonic hearing

conducted on **February 17, 2004**.

DONE AND ORDERED in Chambers at Miami, Florida, this / day of February, 2004.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
**THE OCTOBER 1, 2003 SERVICE LIST**

Lee Squitieri, Esq.
 Squitieri & Fearon, LLP
 420 Fifth Avenue, 18th Floor
 New York, NY 10018