UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

## MOTION FOR ORAL ARGUMENT

The American Dental Association, James B. Swanson, D.D.S., Michael B. Dayoub, D.D.S., and John Milgram, D.D.S. (collectively, "Plaintiffs"), hereby file this Request for Oral Argument. Defendant Aetna Inc. ("Aetna") joins in Plaintiffs' Request.

Plaintiffs and Aetna filed the Joint Motion For Preliminary Approval Of Settlement on September 4, 2003 **(D.E. 2311)**. To date, no oral argument has been heard on this motion.

No party will be prejudiced by granting this Request for Oral Argument. This Request has been filed in good faith and is not intended to hamper or delay prosecution in this case. Pursuant to Southern District Local Rule 7.1(A)(2), the parties have included a proposed order with this Request.

Master File No. 00-1334-MD-MORENO

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting oral argument on the Joint Motion For Preliminary Approval Of Settlement filed on September 4, 2003.

By: /s/ Stanley M. Grossman
Stanley M. Grossman
New York Bar No. SG 4544
smgrossman@pomlaw.com
D. Brian Hufford
New York Bar No. DH7181
dbhufford@pomlaw.com
Robert J. Axelrod
rjaxelrod@pomlaw.com
New York Bar No. RA1696
POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

Barry M. Epstein
bepstein@sillscummis.com
H. Ross Pearlson
rpearlson@sillscummis.com
Barbara Quackenbos
bquackenbos@sillscummis.com
SILLS CUMMIS RADIN TISCHMAN
 EPSTEIN & GROSS P.A.
One Riverfront Plaza
Newark, NJ 07102
Tel: (212) 643-7000
Fax: (973) 643-6500

*Attorneys for Plaintiffs*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE MANAGED CARE LITIGATION | MDL No. 1334 |
| THIS DOCUMENT RELATES TO: **PROVIDER TRACK CASES** | Master File No. 00-1334-MD-MORENO |
| AMERICAN DENTAL ASSOCIATION, on its own behalf and in an associational capacity on behalf its members, and JAMES B. SWANSON, D.D.S., MICHAEL B. DAYOUB, D.D.S., and JOHN W. MILGRAM, D.D.S., individually and on behalf of all others similarly situated, Plaintiffs, v. AETNA INC., Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on March 12, 2004, a true copy of the foregoing was served via Federal Express and email on: Edward Soto, Esq., Weil Gotshal & Manges, LLP, 1395 Brickell Avenue, 12th Floor, Miami, FL 33131, edward.soto@weil.com (Defense Liaison Counsel); and via e-mail on all attorneys of record on the 2/27/04 Service List.

*Susan J. Weiswasser*
Susan J. Weiswasser