UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

_____

THIS DOCUMENT RELATES TO
PROVIDER TRACK CASES

_____/

## ORDER GRANTING IN PART MOTION FOR ORDER ENJOINING ECPMG

THIS CAUSE came before the Court upon Defendant Aetna's Motion for Order Enjoining Class Members East County Physicians Medical Group, Inc. and Ted Mazer, M.D. and Their Attorneys from Violating this Court's Final Approval Orders and Judgment and Compelling East County Physicians Medical Group, Inc., Ted Mazer, M.D., and Their Attorneys to Show Cause Why They Should Not be Held in Contempt**(D.E. No. 2845)**, filed on **January 22, 2004**.

THE COURT has considered the motion, the response and the pertinent portions of the record, and being otherwise fully in open court at a hearing held on the motion on **March 10, 2004**, it is

**ADJUDGED** that the motion is **GRANTED IN PART** as follows:

(1) Defendant Aetna's Motion **(D.E. No. 2845)**, filed on **January 22, 2004** is GRANTED with respect to its motion for an injunction.

(2) Defendant Aetna's Motion **(D.E. No. 2845)**, filed on **January 22, 2004** is DENIED with respect to its demand that East County Physicians Medical Group, Inc., Ted Mazer, M.D.,

and their Attorneys be held in contempt.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of March, 2004.

```
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE
```

COPIES PROVIDED TO COUNSEL ON
**THE FEBRUARY 27, 2004 SERVICE LIST**