UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No.1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION
------------------------------------------------------------

THIS DOCUMENT RELATES TO
PROVIDER TRACK CASES

AMERICAN DENTAL ASSOCIATION,
JAMES B. SWANSON, D.D.S.,
MICHAEL B. DAYOUB, D.D.S., and
JOHN W. MILGRAM, D.D.S.,

   Plaintiffs,

v.

AETNA, INC.,

   Defendant.



NIGHT BOX FILED
AUG - 6 2004
CLARENCE
CLERK, USD

## AETNA INC.'S MOTION FOR AN ORDER FURTHER ENJOINING MARTIN FRANKEL, D.M.D, M.D.S., AND HIS ATTORNEYS FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDER AND FINAL JUDGMENT AND FOR AN ORDER TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT

Defendant Aetna Inc. ("Aetna") hereby moves this Court for an order further enjoining Martin Frankel, D.M.D., M.D.S. ("Dr. Frankel"), and his attorneys from violating this Court's Final Approval Order and Final Judgment and for an Order to Show Cause Dr. Frankel and their attorneys should not be held in contempt.

The grounds supporting this Motion are fully set forth in the accompanying Memorandum of Law and Declaration of Kevin R. Nowicki and Affidavit of Michael Rosenbaum.

Master File No. -1334-MD-MORENO

## Statement of Compliance with Pre-Filing Conference Requirement

In compliance with Local Rule 7.1(A)(3), counsel for Aetna has conferred with counsel for Dr. Frankel in a good faith effort to resolve by agreement the issues raised in the present Motion and have been unable to do so.

Dated: August 6th, 2004

Respectfully submitted,

*Christine M. Nanfeldt*

Hilarie Bass
Florida Bar No. 334243
e-mail: BassH@gtlaw.com
Mark P. Schnapp
Florida Bar No. 501689
e-mail: SchnappM@gtlaw.com
Christine Nanfeldt
Florida Bar No. 114049
e-mail: nanfeldtc@gtlaw.com
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131

John J. Swenson
Richard J. Doren
Kevin R. Nowicki
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Miguel A. Estrada
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Attorneys for Aetna Inc.

Master File No. -1334-MD-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was served by Hand Delivery to Aaron S. Podhurst, Esq. and Harley S. Tropin, Esq.; one copy by U.S. mail to Robert Axelrod, Esq. and John C. Stein, Esq., 111 West St. John Street, San Jose, California 95115; one copy by electronic mail to all other counsel listed on Plaintiffs' Updated Service List, filed with the Court on July 1st, 2004, on this 6th day of August, 2004.

*Christine M. Nanfeldt*
CHRISTINE M. NANFELDT