UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 1334
Master File No. 00-1334-MD-MORENO

FILED by _____ D.C.

AUG 1 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA.

IN RE: MANAGED CARE LITIGATION

_____

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE THEODORE KLEIN REGARDING DEFENDANT AETNA'S MOTION FOR AN ORDER FURTHER ENJOINING MARTIN FRANKEL, D.M.D., M.D.S., AND HIS ATTORNEYS FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDER AND FINAL JUDGMENT AND FOR AN ORDER TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Theodore Klein** to submit a Report and Recommendation to this Court on Defendant Aetna's Motion for an Order Further Enjoining Martin Frankel, D.M.D., M.D.S., and his Attorneys From Violating This Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why They Should Not Be Held in Contempt, filed on **August 6, 2004**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. Any applications for extension or modification of pretrial deadlines or the trial date shall be made to the District Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and

3480/cx

submissions pertaining to the referenced matters the name of Magistrate Judge Theodore Klein. An additional courtesy copy of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge Klein's Chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this /0 day of August, 2004.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
THE APRIL 12, 2004 SERVICE LIST