UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

FILED by _____ D.C.
DEC 17 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

KATHY TISKO, P.T., et al.

       Plaintiffs,

vs.

CIGNA CORPORATION, et al.

       Defendants.
_____/

## ORDER SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

THIS CAUSE came before the Court upon the Parties' Joint Motion to Recall Actions from Suspense Docket and Lift Stay and for Preliminary Approval of Settlement **(D.E. No. 3581)**, filed on **December 15, 2004**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that a HEARING shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Courtroom IV, Tenth Floor,

Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132, on **Tuesday, December 21, 2004 at 2:30 P.M.** Counsel shall be prepared to address the joint motion for preliminary approval.

DONE AND ORDERED in Chambers at Miami, Florida, this _16_ day of December, 2004.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
**THE SEPTEMBER 10, 2004 SERVICE LIST**