UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



MDL No. 1334
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

_____

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_____

KATHY TISKO, P.T., et al.

    Plaintiffs,

vs.

CIGNA CORPORATION, et al.

    Defendants.

_____/

## <u>ORDER RECALLING ACTIONS FROM SUSPENSE DOCKET AND LIFTING STAY</u>

  THIS CAUSE came before the Court upon the Parties' Joint Motion to Recall Actions from

Suspense Docket and Lift Stay and for Preliminary Approval of Settlement **(D.E. No. 3581)**, filed

on **December 15, 2004**.

  THE COURT has considered the motion and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

  **ADJUDGED** that the actions shall be recalled from the Suspense Docket and reinstated in

the Active Docket, and the stay of proceedings is lifted as to the above-captioned actions solely for

the purpose of allowing the settling parties to proceed with the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_ day of December, 2004.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
**THE SEPTEMBER 10, 2004 SERVICE LIST**