**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MDL No. 1334
Master File No. 00-1334-MD-MORENO
Magistrate Judge Theodore Klein




**IN RE: MANAGED CARE LITIGATION**

---

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_______________________________________/

**ORDER SETTING HEARING ON DEFENDANT AETNA, INC.'S MOTION FOR AN ORDER FURTHER ENJOINING MARTIN FRANKEL, D.M.D., M.D.S., AND HIS ATTORNEYS FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDER AND FINAL JUDGMENT AND FOR AN ORDER TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT**[1]

THIS MATTER comes before the Court on Defendant Aetna, Inc.'s Motion For An Order Further Enjoining Martin Frankel. D.M.D., M.D.S., and His Attorneys From Violating This Court's Final Approval Order and Final Judgment And For An Order To Show Cause Why They Should Not Be Held In Contempt (**D.E. No. 3468**), filed on **August 6, 2004**. It is hereby

**ORDERED** that **ORAL ARGUMENT** on the motion shall take place before Theodore Klein, United States Magistrate Judge, at 300 N.E. First Avenue, Miami, FL 33132, North Courtroom on **Thursday, March 17, 2005 at 10:00 a.m.**

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 1 day of March 2005.

THEODORE KLEIN
UNITED STATES MAGISTRATE JUDGE

Copies to:
District Judge Federico Moreno
All counsel of record on the **FEBRUARY 8, 2005** service list

---

[1] Pursuant to 28 U.S.C. §636(b)(1)(A) and the Magistrate Judge Rules of the Southern District of Florida Local Rules, this motion was referred to the undersigned Magistrate Judge for report and recommendation (D.E. No. 3480; August 16, 2004).

3754

John C. Stein, Esq.
The Boccardo Law Firm LLP
111 West St. John St.
Suite 1100
San Jose, CA 95113