Rec'd in MIA Dkt 5/10/05

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED by JM D.C.
MAY - 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

### ORDER SETTING HEARING ON MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS BETWEEN PHYSICIANS AND HEALTHNET AND PRUDENTIAL FOR MAY 6, 2005 AT 9:15 A.M.

THIS CAUSE came before the Court upon the parties' motions for preliminary approval of the settlements between physicians and HealthNet, Inc. and between physicians and Prudential Insurance Co.

THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that a HEARING shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Courtroom IV, Tenth Floor, Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132, on **Friday, May 6, 2005 at 9:15 a.m.** Counsel shall be prepared to address the motions for preliminary approval of the settlements.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of May, 2005.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
THE SEPTEMBER 10, 2004 SERVICE LIST