UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



FILED by JW D.C.
MAY 2 0 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

_____/

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_____/

AMERICAN DENTAL ASSOCIATION, JAMES B. SWANSON, D.D.S., MICHAEL B. DAYOUB, D.D.S., and JOHN W. MILGRAM, D.D.S.,

         *Plaintiffs*,

v.

AETNA, INC.,

         *Defendant*.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Theodore Klein, United States Magistrate Judge for a Report and Recommendation on Defendant Aetna, Inc.'s Motion for an Order Further Enjoining Martin Frankel, D.M.D., M.D.S., and his Attorney from Violating this Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why they Should not be Held in Contempt **(D.E. No. 3468)**, filed on <u>August 6, 2004</u>. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 3840 - the original document is incorrectly marked with D.E. No. 3480)** on <u>March 24, 2005</u>. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues raised in the Defendant's Request for Clarification **(D.E. 3856)**, filed

on **April 4, 2005**, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Theodore Klein's Report and Recommendation **(D.E. No. 3840)**, filed on **March 24, 2005** is **AFFIRMED** and **ADOPTED** as clarified below. Accordingly, it is also

**ADJUDGED** that Defendant's Motion **(D.E. No. 3468)**, filed on **August 6, 2004**, is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendant's motion to further enjoin Plaintiff Martin Frankel, D.M.D., M.D.S., is unnecessary, as this Court's Final Approval Order **(D.E. No. 3452)**, filed on **July 22, 2004**, already enjoins Plaintiff Martin Frankel, D.M.D., M.D.S., from prosecuting the California action.

2. Accordingly, Plaintiff Martin Frankel, D.M.D., M.D.S., and his attorneys shall discontinue the California proceedings no later than **June 10, 2005**.

3. If Plaintiff Martin Frankel, D.M.D., M.D.S., fails to discontinue the California proceedings by the above deadline, the Court will hold him in contempt.

Defendant's Request for Oral Argument on the above motion **(D.E. No. 3472)** is GRANTED, *nunc pro tunc*.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2005.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
**THE FEBRUARY 8, 2005 SERVICE LIST**