UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

### ORDER SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT BETWEEN PHYSICIANS AND WELLPOINT HEALTH NETWORKS, INC. FOR WEDNESDAY, JULY 13, 2005 AT 9:30 A.M.

THIS CAUSE came before the Court upon the parties' motion for preliminary approval of the settlement between physicians and WellPoint Health Networks, Inc.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that a HEARING shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Courtroom IV, Tenth Floor, Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132, on **Wednesday, July 13, 2005 at 9:30 a.m.** Counsel shall be prepared to address the motion for preliminary approval of the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of July, 2005.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
**THE FEBRUARY 8, 2005 SERVICE LIST**