UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

### ORDER SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT CONCERNING CLAIMS AGAINST HUMANA INC. AND HUMANA HEALTH PLAN, INC. FOR OCTOBER 19, 2005 AT 9:00 A.M.

THIS CAUSE came before the Court upon the parties' motions for preliminary approval of the settlement concerning claims against Humana Inc. and Humana Health Plan, Inc.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that a HEARING shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Courtroom IV, Tenth Floor, Federal Justice Building, 99 Northeast 4th Street, Miami, Florida 33132, on **Wednesday, October 19, 2005 at 9:00 a.m.** Counsel shall be prepared to address the motion for preliminary approval of the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2005.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
**THE FEBRUARY 8, 2005 SERVICE LIST**