UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE KLEIN REGARDING HEALTH NET, INC.'S MOTION FOR AN ORDER FURTHER ENJOINING J.S.E. EMERGENCY MEDICAL GROUP, INC.

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Theodore Klein** to submit a Report and Recommendation to this Court on Health Net, inc.'s Motion for an Order Further Enjoining J.S.E. Emergency Medical Group, Inc. and Its Attorneys from Violating This Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why They Should Not Be Held in Contempt, filed on **February 15, 2006**, and upon Health Net, Inc.'s Request for Oral Argument on Its Motion, filed on **February 15, 2006**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. Any applications for extension or modification of pretrial deadlines or the trial date shall be made to the District Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge Theodore Klein. An additional courtesy copy of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge Klein's Chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2006.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO:

U.S. Magistrate Judge Theodore Klein

**Counsel on the FEBRUARY 8, 2005 service list**