UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION

_____

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT HEALTH NET, INC.'S MOTION TO FURTHER ENJOIN J.S.E. EMERGENCY MEDICAL GROUP, INC.

THE MATTER was referred to the Honorable Theodore Klein, United States Magistrate Judge for a Report and Recommendation regarding Defendant Health Net, Inc.'s Motion to Further Enjoin J.S.E. Emergency Medical Group, Inc. and its Attorneys from Violating this Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why They Should Not Be Held in Contempt **(D.E. No. 4782)**, filed on **February 15, 2006**, and J.S.E.'s Motion for Relief from Judgment **(D.E. Nos. 4827 and 4828)**, filed **February 28, 2006**.

The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues raised in the objections and the responses to the objections. It is

**ADJUDGED** that United States Magistrate Judge Theodore Klein's Report and Recommendation **(D.E. No. 4904)**, filed on **April 4, 2006**, is **AFFIRMED** and **ADOPTED**. The Defendants' objections are overruled. Accordingly it is

**ADJUDGED** that Health Net, Inc.'s Motion to Further Enjoin J.S.E. Emergency Medical Group, Inc. and its Attorneys from Violating this Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why They Should Not Be Held in Contempt **(D.E. No. 4782)** be **GRANTED in PART** and **DENIED in PART**. J.S.E. shall have until **May 27, 2006** to discontinue

the California proceedings against Health Net. If J.S.E. does not discontinue the proceedings by the given date, Defendant may refile their motion for sanctions. It is also

**ADJUDGED** that J.S.E.'s Motion for Relief from Judgment **(D.E. Nos. 4827 and 4828)** is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of April, 2006.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON
**THE FEBRUARY 8, 2005 SERVICE LIST**

**BRUCE GRANT HERMELEE, ESQ.**
**LYNN L. AUDIE, ESQ.**