UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**



### HEALTH NET, INC.'S MOTION FOR AN ORDER FURTHER ENJOINING ORTHOPAEDIC ASSOCIATES, P.A. AND ITS ATTORNEYS FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDER AND FINAL JUDGMENT AND FOR AN ORDER TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT

Defendant Health Net, Inc. (hereinafter "Health Net") hereby moves this Court for an order further enjoining Orthopaedic Associates, P.A. (hereinafter "Orthopaedic Associates") and its attorneys from violating this Court's Final Order and Final Judgment and for an Order to Show Cause why Orthopaedic Associates and its attorneys should not be held in contempt.

The grounds supporting this Motion are fully set forth in the accompanying Memorandum of Law.

Master File No. 00-1334-MD-MORENO

**Statement of Compliance with Pre-Filing Conference Requirement**

In compliance with Local Rule 7.1(A)(3), counsel for Health Net has conferred with counsel for Orthopaedic Associates in a good faith effort to resolve by agreement the issues raised in the present Motion and have been unable to do so.

Dated: June 9th, 2006

Respectfully Submitted,

_/s/_

Eduardo Palmer, Esq.
Fla. Bar No. 0562548
Laura K. Revak, Esq.
Fla. Bar No. 0693944
Rivero Palmer & Mestre, LLP
201 South Biscayne Boulevard
Miami Center, Suite 1450
Miami, Florida 33131
Tel: (305) 371-7781
epalmer@rpm-law.com

Edward M. Crane, Esq.
R. Ryan Stoll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Tel: (312) 407-0700

William A. Helvestine, Esq.
Epstein Becker & Green
One California Street
26th Floor
San Francisco, California 94111-5427

2

Master File No. 00-1334-MD-MORENO

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2006, one true and correct copy of the foregoing was served via hand delivery to Harley S. Tropin, Esq. and Edward Soto, Esq.; via mail to Joseph A. Massoud, Esq., 1044 Route 23 North, Wayne, New Jersey 07470, and via e-mail to all parties of record on the 2/08/05 Service List.

_____
Eduardo Palmer, Esq.


Harley S. Tropin, Esq.
KOZYAK TROPIN & THROCKMORTON
200 South Biscayne Boulevard, Suite 2800
Miami, FL 33131
Tel: (305) 372-1800
Fax: (305) 372-3508


Edward Soto, Esq.
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel.: (305) 577-3277
Fax: (305) 374-7159


1358.01/PLEAD/MOTION/Healthnet Motion to Enjoin (Ortho)

3