UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL NO. 1334**
**Master File No. 00-1334-MD-MORENO**

NIGHT BOX
FILED
OCT 04 2006
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**IN RE: MANAGED CARE LITIGATION**

**THIS DOCUMENT RELATES ONLY TO THE FOLLOWING PROVIDER TRACK CASES:**

**CASE NO. 03-22804-CIV-MORENO**

DR. JEFFREY SOLOMON, et al.,

Plaintiffs,

v.

ANTHEM, INC., et al.,

Defendants.

**CASE NO. 04-20143-CIV-MORENO**

SCOTT J. ASHTON, D.P.M., et al.,

Plaintiffs,

v.

ANTHEM, INC., et al.,

Defendants.

**PLAINTIFFS' NOTICE OF FILING ADDITIONAL HEALTHCARE PROVIDER SPECIALTY SOCIETY JOINDER AGREEMENTS TO THE HUMANA HEALTHCARE PROVIDER SETTLEMENT AGREEMENT**

5200

Healthcare Provider Plaintiffs give Notice of Filing Additional Healthcare Provider Specialty Society Joinder Agreements to the Humana Healthcare Provider Settlement Agreement (hereinafter referred to as the "Joinder Agreements") for the following:

American Chiropractic Association
American Psychological Association Practice Organization

The Settlement Agreement by and among Humana Inc. and Humana Health Plan, Inc. (collectively "Humana") and Healthcare Providers is dated August 8, 2006. The Joinder Agreements for the American Chiropractic Association and the American Psychological Association Practice Organization are attached hereto as Exhibits A and B.

Respectfully submitted this 4th day of October 2006.

Jennifer MacPherson (C.A. #202021)
jenn@halperlitigation.com
JoBeth Halper
JoBeth Halper Litigation Group, P.C.
160 Chesterfield Drive, Suite 2
Cardiff by the Sea, CA 92007
Telephone: 760/632-1101
Facsimile: 760/632-1131

Mark Raymond (F.L. 373397)
mraymond@broadandcassel.com
Cynthia Morales (F.L. #534951)
Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd.
Miami, FL 33131
Telephone: 305/373-9425
Facsimile: 305/995-6385

Andrew S. Friedman
afriedman@bffb.com
Francis J. Balint
Kimberly Page
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012-3311
Telephone: 602/274-1100
Facsimile: 602/274-1199

Michael C. Dodge
miked@texasatty.com
David Dodge
Dodge & Associates, P.C.
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Telephone: 214/273-3280
Facsimile: 214/273-3281

Alan H. Rolnick (F.L. #715085)
arolnick@sacherzelman.com
Sacher, Zelman, Van Sant, Paul, Beiley, Hartman, Terzo, Rolnick & Waldman, P.A.
1401 Brickell Ave., Suite 700
Miami, FL 33131
Telephone: 305/371-8797
Facsimile: 305/374-2605

*Counsel for Solomon Plaintiffs*

Debra Hayes
dhayes@reichandbinstock.com
Dennis Reich
Reich and Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027

*Counsel for Ashton Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Notice of Filing Additional Healthcare Provider Specialty Society Joinder Agreements to the Humana Healthcare Provider Settlement Agreement was served on the following Liaison Counsel on this 4th day of October, 2006 via electronic mail and Federal Express:

Harley S. Tropin
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Blvd, 9th Floor
Miami, FL 33134
Plaintiffs' Liaison Counsel

Edward Soto
WEIL GOTSHAL & MANGES
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Defendants' Liaison Counsel

Aaron S. Podhurst
PODHURST ORSECK, PA
25 West Flagler Street, Suite 800
Miami, FL 33130
Administrative Liaison Counsel

In addition, a true and correct copy of the foregoing was served via e-mail to all parties of record on the Managed Care Litigation 8/25/06 Service List.

Jennifer L. MacPherson

# EXHIBIT A

**Exhibit F**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL NO. 1334**
**Master File No. 00-1334-MD-MORENO**

______________________________________/

**IN RE: MANAGED CARE LITIGATION**
______________________________________/

**THIS DOCUMENT RELATES ONLY TO THE FOLLOWING PROVIDER TRACK CASES:**
______________________________________/

**CASE NO. 03-22804-CIV-MORENO**

DR. JEFFREY SOLOMON; DR. ORLAND ARMSTRONG; DR. ROBERT VRANES; DR. ALLEN KNECHT; DR. LAVERNE A. SABOE, JR.; DR. DAVID MILROY; DR. AMY HOFFMAN; DR. ROBIN O'NEAL; HUBBARD HEALTH CLINIC, INC.; AMERICAN PODIATRIC MEDICAL ASSOCIATION; FLORIDA CHIROPRACTIC ASSOCIATION; CALIFORNIA PODIATRIC MEDICAL ASSOCIATION; FLORIDA PODIATRIC MEDICAL ASSOCIATION; TEXAS PODIATRIC MEDICAL ASSOCIATION; FLORIDA PSYCHOLOGICAL ASSOCIATION; and ARIZONA CHIROPRACTIC SOCIETY for the individuals on behalf of themselves and on behalf of all others similarly situated, and for the associations in a representational capacity,

Plaintiffs,

v.

ANTHEM, INC.; HEALTH NET, INC.; HUMANA INC.; HUMANA HEALTH PLAN, INC.; PACIFICARE HEALTH SYSTEMS, INC.; PRUDENTIAL INSURANCE COMPANY OF AMERICA; UNITED HEALTH GROUP; UNITED HEALTH CARE; COVENTRY HEALTH CARE, INC.; WELLPOINT HEALTH NETWORKS, INC.; AETNA, INC.; and AETNA-USHC, INC.,

Defendants.
______________________________________/

**CASE NO. 04-20143-CIV-MORENO**

SCOTT J. ASHTON, D.P.M.; KATHY TISKO, P.T.; MICK M. MAHAN, D.C. and CHARLES P. BARNWELL, D.C.

Plaintiffs,

v.

ANTHEM, INC.; HEALTH NET, INC.; HUMANA INC.; HUMANA HEALTH PLAN, INC.; PACIFICARE HEALTH SYSTEMS, INC.; PRUDENTIAL INSURANCE COMPANY OF AMERICA; UNITED HEALTH GROUP; UNITED HEALTH CARE; COVENTRY HEALTH CARE, INC.; WELLPOINT HEALTH NETWORKS, INC.; AETNA, INC.; and AETNA-USHC, INC.,

Defendants.

______________________________/

**HUMANA SETTLEMENT WITH HEALTHCARE PROVIDERS, HEALTHCARE PROVIDER GROUPS AND HEALTHCARE PROVIDER ORGANIZATIONS - ADDITIONAL HEALTHCARE PROVIDER SPECIALTY SOCIETY JOINDER AGREEMENT**

WHEREAS, Humana Inc. and Humana Health Plan, Inc. (collectively, "Humana") and certain other parties entered into a Settlement Agreement dated as of August 8, 2006 (the "Settlement Agreement"); and

WHEREAS, pursuant to Section 23 of the Settlement Agreement, the parties to the Settlement Agreement agreed upon the terms and conditions by which Additional Healthcare Provider Specialty Societies may become parties to the Settlement Agreement; and

WHEREAS, American Chiropractic Association (ACA) ("Additional Healthcare Provider Specialty Society") wishes to become a party to the Settlement Agreement.

NOW, THEREFORE, in consideration of the promises and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the above named Additional Healthcare Provider Specialty Society hereby agrees, pursuant to Section 23 of the Settlement Agreement, to become a party to the Settlement Agreement. The signature page of

this Joinder Agreement shall serve as a counterpart to the signature pages of the Settlement Agreement.

American Chiropractic Association
**Additional Healthcare Provider Specialty Society**

By: [signature]

Date: 9/20/06

Title: Executive Vice President

# EXHIBIT B

**Exhibit F**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL NO. 1334**
**Master File No. 00-1334-MD-MORENO**

______________________________/

**IN RE: MANAGED CARE LITIGATION**
______________________________/

**THIS DOCUMENT RELATES ONLY TO THE FOLLOWING PROVIDER TRACK CASES:**
______________________________/

**CASE NO. 03-22804-CIV-MORENO**

DR. JEFFREY SOLOMON; DR. ORLAND ARMSTRONG; DR. ROBERT VRANES; DR. ALLEN KNECHT; DR. LAVERNE A. SABOE, JR.; DR. DAVID MILROY; DR. AMY HOFFMAN; DR. ROBIN O'NEAL; HUBBARD HEALTH CLINIC, INC.; AMERICAN PODIATRIC MEDICAL ASSOCIATION; FLORIDA CHIROPRACTIC ASSOCIATION; CALIFORNIA PODIATRIC MEDICAL ASSOCIATION; FLORIDA PODIATRIC MEDICAL ASSOCIATION; TEXAS PODIATRIC MEDICAL ASSOCIATION; FLORIDA PSYCHOLOGICAL ASSOCIATION; and ARIZONA CHIROPRACTIC SOCIETY for the individuals on behalf of themselves and on behalf of all others similarly situated, and for the associations in a representational capacity,

Plaintiffs,

v.

ANTHEM, INC.; HEALTH NET, INC.; HUMANA INC.; HUMANA HEALTH PLAN, INC.; PACIFICARE HEALTH SYSTEMS, INC.; PRUDENTIAL INSURANCE COMPANY OF AMERICA; UNITED HEALTH GROUP; UNITED HEALTH CARE; COVENTRY HEALTH CARE, INC.; WELLPOINT HEALTH NETWORKS, INC.; AETNA, INC.; and AETNA-USHC, INC.,

Defendants.
______________________________/

**CASE NO. 04-20143-CIV-MORENO**

SCOTT J. ASHTON, D.P.M.; KATHY TISKO, P.T.; MICK M. MAHAN, D.C. and CHARLES P. BARNWELL, D.C.

Plaintiffs,

v.

ANTHEM, INC.; HEALTH NET, INC.; HUMANA INC.; HUMANA HEALTH PLAN, INC.; PACIFICARE HEALTH SYSTEMS, INC.; PRUDENTIAL INSURANCE COMPANY OF AMERICA; UNITED HEALTH GROUP; UNITED HEALTH CARE; COVENTRY HEALTH CARE, INC.; WELLPOINT HEALTH NETWORKS, INC.; AETNA, INC.; and AETNA-USHC, INC.,

Defendants.

_______________________________________/

**HUMANA SETTLEMENT WITH HEALTHCARE PROVIDERS, HEALTHCARE PROVIDER GROUPS AND HEALTHCARE PROVIDER ORGANIZATIONS - ADDITIONAL HEALTHCARE PROVIDER <u>SPECIALTY SOCIETY JOINDER AGREEMENT</u>**

WHEREAS, Humana Inc. and Humana Health Plan, Inc. (collectively, "Humana") and certain other parties entered into a Settlement Agreement dated as of August 8, 2006 (the "Settlement Agreement"); and

WHEREAS, pursuant to Section 23 of the Settlement Agreement, the parties to the Settlement Agreement agreed upon the terms and conditions by which Additional Healthcare Provider Specialty Societies may become parties to the Settlement Agreement; and

WHEREAS, American Psychological Assn Practice Organization ("Additional Healthcare Provider Specialty Society") wishes to become a party to the Settlement Agreement.

NOW, THEREFORE, in consideration of the promises and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the above named Additional Healthcare Provider Specialty Society hereby agrees, pursuant to Section 23 of the Settlement Agreement, to become a party to the Settlement Agreement. The signature page of

this Joinder Agreement shall serve as a counterpart to the signature pages of the Settlement Agreement.

American Psychological Association Practice Organizatior

**Additional Healthcare Provider Specialty Society**

By: [signature]

Date: September 28, 2006

Title: Executive Director for Professional Practice