UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION
_____

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE SIMONTON REGARDING DEFENDANT HEALTH NET, INC.'S MOTION FOR AN ORDER FURTHER ENJOINING INTERNAL MEDICINE ASSOCIATES AND DR. AGBOR EGBEWATT FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDER AND FINAL JUDGMENT AND FOR AN ORDER TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Andrea M. Simonton** to submit an Order to this Court on **Defendant Health Net, Inc.'s Motion For An Order Further Enjoining Internal Medicine Associates And Dr. Agbor Egbewatt From Violating This Court's Final Approval Order And Final Judgment And For An Order To Show Cause Why They Should Not Be Held In Contempt (D.E. No. 5292), filed on February 16, 2007**.

It shall be the responsibility of the respective parties in this case to note on all motions and  submissions pertaining to the referenced matters the name of Magistrate Judge Andrea M. Simonton.  additional courtesy copy of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge Simonton's Chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ day of March, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Andrea M. Simonton
Counsel of Record