UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION
_____/

THIS DOCUMENT RELATES TO
PROVIDER TRACK CASES
_____/

**ORDER THAT INTERNAL MEDICINE ASSOCIATES AND DR. AGBOR EGBEWATT
SHOW CAUSE WHY HEALTH NET, INC.'S MOTION FOR AN ORDER FURTHER
ENJOINING THEM FROM VIOLATING THIS COURT'S FINAL APPROVAL ORDER
AND FINAL JUDGMENT AND FOR AN ORDER TO SHOW CAUSE WHY
THEY SHOULD NOT BE HELD IN CONTEMPT, SHOULD NOT BE GRANTED**

Presently pending before the Court is Health Net, Inc.'s Motion for an Order Further Enjoining Internal Medicine Associates, of Lawrenceville, P.C. and Dr. Agbor Egbewatt From Violating This Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why They Should Not Be Held in Contempt (DE # 5292), and its supporting Memorandum of Law (DE # 5293). The Honorable Federico A. Moreno, United States District Judge, has referred this motion to the undersigned Magistrate Judge to submit a Report and Recommendation (DE # 5309).

This dispute centers on a case pending in Fulton County, Georgia, brought by Internal Medicine Associates of Lawrenceville against Health Net of California, to recover payment of services rendered to Charity Harris, a person insured by Health Net. In its motion, Health Net of California, Inc. contends that by continuing to pursue this case, Internal Medicine Associates of Lawrenceville, P.C., (hereafter "IMA") and Dr. Agbor N. Egbewatt are violating this Court's Order Approving Settlement Among Health Net and Physicians, Physician Groups and Physician Organizations, Certifying Class and Directing Entry of Final Judgment, and the Final Judgment.

**Health Net has made a prima facie showing in its motion that the claims asserted in the Georgia action are barred by the Settlement Agreement in the case at bar.  Neither Dr. Egbewatt nor IMA have responded to this motion.  However, the undersigned notes that neither Dr. Egbewatt nor IMA have appeared in this case, either individually or through counsel.  The undersigned also notes that counsel for Dr. Egbewatt and for IMA withdrew from the underlying case in Georgia (DE # 5293 at 17), and that a corporation, such as IMA, may only appear in this Court through counsel.**

**Therefore, based upon a careful review of the record, it is hereby**

**ORDERED that Health Net shall personally serve a copy of this Order on Dr. Agbor Egbewatt and IMA, and that Health Net shall then file with the Court an affidavit of service.  It is further**

**ORDERED that within twenty days after this Order has been served on Dr. Egbewatt and IMA, Dr. Egbewatt and IMA shall file with this Court a memorandum of law stating why Health Net, Inc.'s Motion for an Order Further Enjoining Internal Medicine Associates, of Lawrenceville, P.C. and Dr. Agbor Egbewatt From Violating This Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why They Should Not Be Held in Contempt, should not be granted.  Dr. Egbewatt and IMA are placed on notice that the failure to timely respond to this Order may result in the motion being granted by default.**

**DONE AND ORDERED in chambers in Miami, Florida, on March 19, 2007.**

*Andrea M. Simonton*
_____
**ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
**The Honorable Federico A. Moreno,**
   **United States District Judge**
**All counsel of record**
**Dr. Agbor Egbewatt,** *pro se*
   **555 Old Norcross Road, Ste. 130**
   **Lawrenceville, GA 30045**
   **Facsimile # (770) 338-2568**
**Internal Medicine Associates of Lawrenceville, P.C.**
   **c/o Dr. Agbor Egbewatt,**
   **555 Old Norcross Road, Ste. 130**
   **Lawrenceville, GA 30045**
   **Facsimile # (770) 338-2568**