UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION
_____/

THIS DOCUMENT RELATES TO
PROVIDER TRACK CASES
_____/

## ORDER REQUIRING HEALTH NET, INC. TO FILE A STATUS REPORT

Presently pending before the Court is Health Net, Inc.'s Motion for an Order Further Enjoining Internal Medicine Associates of Lawrenceville, P.C. and Dr. Agbor Egbewatt From Violating This Court's Final Approval Order and Final Judgment and for an Order to Show Cause Why They Should Not Be Held in Contempt (DE # 5292), and its supporting Memorandum of Law (DE # 5293). The Honorable Federico A. Moreno, United States District Judge, has referred this motion to the undersigned Magistrate Judge to submit a Report and Recommendation (DE # 5309).

This dispute centers on a case pending in Fulton County, Georgia, brought by Internal Medicine Associates of Lawrenceville against Health Net of California, to recover payment of services rendered to Charity Harris, a person insured by Health Net. In its motion, Health Net of California, Inc. contends that by continuing to pursue this case, Internal Medicine Associates of Lawrenceville, P.C., (hereafter "IMA") and Dr. Agbor N. Egbewatt are violating this Court's Order Approving Settlement Among Health Net and Physicians, Physician Groups and Physician Organizations, Certifying Class and Directing Entry of Final Judgment, and the Final Judgment.

On March 29, 2007, Health Net, Inc. filed a Notice stating that Internal Medicine Associates had filed a Notice of Voluntary Dismissal with prejudice regarding the

lawsuit which was the subject of the above motion (DE # 5322).  In this Notice, Health Net stated that once an Order of Dismissal was entered by the Magistrate Court of Fulton County, Georgia, Health Net intended to withdraw the above pending motion in this Court.  No further proceedings are reflected in the court file with respect to this matter.

Therefore, it is hereby

**ORDERED** that, on or before July 12, 2007, Health Net, Inc. shall file a status report regarding its motion if it intends to pursue the relief sought in the motion.  If no status report is filed, the pending motion will be denied as moot.

**DONE AND ORDERED** in chambers in Miami, Florida, on July 4, 2007.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
The Honorable Federico A. Moreno,
    United States District Judge
All counsel and pro se parties of record