UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL No. 1334
Master File No. 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION
_____/

THIS DOCUMENT RELATES TO
PROVIDER TRACK CASES
_____/

**ORDER GRANTING IN PART AND DENYING IN PART THE
JOINT MOTION FOR STAY OF PROCEEDINGS AND CONTINUANCE OF HEARING ON
AETNA'S MOTION TO ENFORCE SETTLEMENT AGAINST MERKLE AND
DENYING WITHOUT PREJUDICE AETNA'S MOTION FOR
(i) AN ORDER REQUIRING MERKLE AND HIS COUNSEL TO SHOW CAUSE WHY THEY
SHOULD NOT BE HELD IN CONTEMPT AND (ii) AN ORDER ENJOINING FURTHER
VIOLATIONS OF THE SETTLEMENT**

This matter arose on a Joint Motion for Stay of Proceedings and Continuance of Hearing on Aetna's Motion to Enforce Settlement Against Merkle (DE # 5519). Also pending before this Court is Aetna's Motion for (i) an Order Requiring Merkle and His Counsel to Show Cause Why They Should Not Be Held in Contempt and (ii) an Order Enjoining Further Violations of the Settlement ("Motion to Enforce Settlement") (DE # 5297), and various responsive pleadings thereto (DE ## 5319, 5335, 5342, 5355). The Honorable Federico A. Moreno, Chief United States District Judge, referred this matter to the undersigned Magistrate Judge (DE # 5312) for a Report and Recommendation. This Court has reviewed the pertinent portions of the record and is advised in the premises. As set forth more fully below, the Joint Motion is granted in part and denied in part; and, Aetna's Motion to Enforce Settlement is denied without prejudice.

Following a hearing, the undersigned granted Merkle's motion to conduct limited discovery relating to the date Aetna implemented the billing practices at issue for the purpose of establishing whether his claims are barred by the Settlement Agreement (DE

# 5454). In its Order, this Court recognized that both parties had raised arguments for the first time in their respective reply and sur-reply briefs and, therefore, ordered the parties to file a new set of memoranda at the close of the period allotted for discovery that clarified the legal arguments and factual positions they wished to assert. This Court anticipated the parties to complete discovery and file their newly focused briefs in time for a hearing on October 2, 2007.

Rather than adopting the discovery and briefing plan proposed in the Court's July 16, 2007 Order, the parties indicated that they had begun conducting settlement negotiations in an attempt to "resolve by agreement the matters before this Court" (DE # 5519). In light of their agreement to stay discovery and other proceedings, the parties agree that the October 2, 2007 hearing is no longer necessary and have sought this Court's approval of an open-ended stay of all proceedings and a continuance of the hearing to be rescheduled at an undefined future date.

In light of the indefinite scope and duration of the parties' motion to stay the proceedings pending settlement negotiations, and in the interests of judicial economy, the better course at this juncture is to deny Aetna's Motion to Enforce without prejudice. The parties remain free to institute a negotiated settlement of their choosing and, in the event no settlement is reached, this litigation is positioned to resume without a hitch as the parties left it, as this Court's July 16, 2007 Order in effect wiped the slate clean of the parties' pending briefs and ordered a new round of memoranda to be filed based on the refocused arguments the parties wished to raise.

In the event the parties fail to reach a negotiated settlement that resolves all matters in dispute, each party shall return to the position it occupied prior to this Order and each party shall be entitled to petition this Court for any relief it was entitled to seek

as of the date of this Order, including leave to conduct supplementary discovery or to submit supplemental briefing. In addition, if necessary, the parties may seek this Court's approval of a settlement agreement.

In sum, based on a review of the entire record, it is hereby

**ORDERED AND ADJUDGED** that

The Joint Motion for Stay of Proceedings and Continuance of Hearing on Aetna's Motion to Enforce Settlement Against Merkle is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The hearing scheduled for October 2, 2007 is canceled.

2. Aetna's Motion for (i) an Order Requiring Merkle and His Counsel to Show Cause Why They Should Not Be Held in Contempt and (ii) an Order Enjoining Further Violations of the Settlement is **DENIED WITHOUT PREJUDICE**.

3. The undersigned will consider a motion to reconsider the disposition of this cause by any party alleging with particularity the manner in which it is aggrieved by this Order, which denies the motion without prejudice rather than granting an indefinite stay.

**DONE AND ORDERED** in chambers in Miami, Florida, on September 25, 2007.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Federico A. Moreno, Chief United States District Judge
All counsel of record