UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 00-04984-CIV-MORENO**

IN RE: MANAGED CARE LITIGATION
_____

H. ROBERT HARRISON, M.D.; MARTIN MORAN, M.D.; LANCE R. GOODMAN, M.D.; SANDY SPRINGS PEDIATRICS & ADOLESCENT MEDICINE, P.C.; and PEDIATRIC INFECTIOUS DISEASE ASSOCIATES, LLC, individually and on behalf of all those similarly situated, and MEDICAL ASSOCIATION OF GEORGIA,

    Plaintiffs,

vs.

COVENTRY HEALTH CARE OF GEORGIA, INC. f/k/a PRINCIPAL HEALTH CARE OF GEORGIA, INC. and PRINCIPAL HEALTH CARE, INC.,

    Defendants.
_____/

## ORDER STRIKING D.E. 5783

THIS CAUSE came before the Court upon the Joint Motion to Set Date for Status Conference **(D.E. No. 5783)**, filed on **January 30, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion **(D.E. 5783)** is STRICKEN because it does not comply with this Court's Order Regarding the Filing of All Documents **(D.E. No. 5777)** issued on **January 26, 2008**. This Court will consider only motions filed on the docket of the applicable tag-along case or cases.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of February, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record