UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
Tag-Along Case No. 03-21296-CIV-MORENO
Tag-Along Case No. 04-21589-CIV-MORENO

IN RE: MANAGED CARE LITIGATION
_____

RICK LOVE, M.D., *et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, *et al.*,

    Defendants.
_____

CHARLES B. SHANE, M.D., *et al*.,

    Plaintiffs

vs.

HUMANA INC., *et al*.,

    Defendants
_____/

## ORDER DENYING MOTION TO ENFORCE INJUNCTION

THIS CAUSE came before the Court upon Wellpoint, Inc. and Blue Cross of California's Motion to Enforce Injunction Against Certain Plaintiffs in Dr. Mark Bell, et al. v. Blue Cross of California **(D.E. No. 5738)**, filed on **January 3, 2008**. The Court has considered the motion, the response, the reply, and the pertinent portions of the record. The Court held a hearing on the motion on **January 31, 2008**. It is ADJUDGED that the Motion is DENIED.

Blue Cross asked this Court to enjoin eleven physician groups (the "Physician Groups") from participating as plaintiffs in a California lawsuit against Blue Cross of California. That lawsuit is *Bell, et. al. v. Blue Cross of California* filed in Los Angeles County Superior Court. Blue Cross contends that the class settlement between Blue Cross and physicians approved by this Court on December 22, 2005 (the "2005 Class Settlement") precludes the Physician Groups from participating in the California *Bell* lawsuit.

The Physician Groups include:

| **No.** | **Group Name** | **Address** | **Federal Tax Id No.** |
|---|---|---|---|
| 1. | Valley Emergency Medical Asssociates | 14850 Roscoe Blvd. Panorama City, CA 91402-4677 | 95-4451608 |
| 2. | Pacifica Emergency Medical Associates | 16237 Ventura Blvd. Encino, CA 91436-2201 | 95-4341393 |
| 3. | Chino Emergency Medical Associates | 5451 Walnut Ave. Chino, CA 91710-2609 | 33-0888797 |
| 4. | Tarzana Emergency Medical Associates | 18321 Clark St. Tarzana, CA 91356-3501 | 95-4873894 |
| 5. | Westside Emergency Medical Associates | 5925 San Vincente Blvd. Los Angeles, CA 90019-6630 | 71-0897708 |
| 6. | South Bay Emergency Medical Associates | 301 East 13th Street Merced, CA 95340-6211 | 95-4558746 |
| 7. | Michael S. Agron, MD, Inc. | 300 W. Huntington Dr. Arcadia, CA 91007-3402 | 95-3249897 |
| 8. | Glendale Emergency Medical Associates, Inc. | 1420 South Central Ave. Glendale, CA 91204-2508 | 95-4725583 |
| 9. | East Valley Emergency Medical Associates | 9080 Colima Rd. Whittier, CA 90605 | 95-4599970 |
|  |  | 150 West Route 66 Glendora, CA 91740-6207 |  |

| | | | |
|---|---|---|---|
| 10. | Garfield Emergency Medical Associates | 525 North Garfield Ave. Monterey Park, CA 91754-1202 | 55-0840514 |
| 11. | El Monte Emergency Medical Associates, Inc. | 1701 Santa Anita Ave. South El Monte, CA 91733-3482 | 58-2682300 |

Each of the Physician Groups submitted opt-out notices to the Physicians Settlement Administrator in October, 2005.[1]

The only dispute is about whether or not the opt-out notices submitted by the Physician Groups opt-out the individual doctors comprising the Physician Groups or the Physician Groups as business entities. If the opt-out notices opt out only the individual doctors comprising the Physician Groups, the Physician Groups are precluded from participating in the California *Bell* lawsuit. If, however, the opt-out notices opt out the Physician Groups as business entities, the Physician Groups can participate as plaintiffs in the California *Bell* lawsuit without violating the 2005 Class Settlement.

The eleven opt-out notices are substantively identical. Each notice is on the letterhead of the Physician Group. The notices contain one sentence: "Let this serve as official notice that the doctors participating under this tax-id number are opting out of the proposed WellPoint/Anthem Physicians Settlement." The notices then identify the (1) group name, (2) business address, (3) telephone number and (4) federal tax id number of the applicable Physician Group. The signature block follows. The signers of the opt-out notices are identified as the "Owner" of the applicable Physician Group.

---

[1] East Valley Emergency Medical Associates submitted two opt-out notices, one for each location. Both opt-out notices contain the same group name and tax-id number.

Blue Cross contends that the use of the word "doctors" in the sentence reprinted above indicates that the notices serve to opt-out only the individual doctors comprising the Physician Groups.  Blue Cross cites an order by this Court **(D.E. No. 4788)** preventing a physician group from participating in a Connecticut lawsuit because the opt-out notice in that case only served to opt-out an individual doctor.  The Connecticut opt-out notice reads: "Please be advised that the undersigned hereby opts-out of the WellPoint/Anthem Physicians Settlement."  The signature of one doctor follows.  The Connecticut opt-out notice is not on the letterhead of the physician group.

This Court holds that this Court's prior order **(D.E. No. 4788)** is not analogous to this case.  The opt-out notice discussed in the prior order states that it opts out only one doctor, the "undersigned."  The opt-out notices at issue here are signed by the owner of the Physician Groups in their capacity as owner.  The owner has the authority to bind the Physician Groups, but not other individual doctors.  The inclusion of the federal tax id number, group name, business address and telephone number further indicates that the notices were intended to opt-out the Physician Groups.  The Physician Groups therefore opted out of the 2005 Class Settlement.  The Physician Groups are not precluded by the 2005 Class Settlement from participating in the California *Bell* lawsuit.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of February, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record