UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**MDL No. 1334**
**Master File No. 00-1334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

_____

THIS DOCUMENT RELATES TO
**PROVIDER TRACK CASES**

_____/

## ORDER OF CONTEMPT AND SANCTIONS

THIS CAUSE came before the Court upon Parties' Sanctions Briefing **(D.E. Nos. 6264, 6283, 6286, 6313, 6316, 6317, 6327, 6328, 6329, 6331, 6333, 6334, 6335, 6336, 6338, and 6339)**. The Court previously held a hearing on the issue of contempt and sanctions on March 16, 2012. At that time, the Court required parties to submit briefing regarding the sanctions to be imposed.

THE COURT has considered the oral argument, briefing, and the pertinent portions of the record, and is otherwise fully advised in the premises.

On March 8, 2011, the Court ordered the Physician Plaintiffs Drs. Stephen D. Henry, James G. Schwendig, Hooman M. Melamed, Carmen Kavali, California Medical Association, Medical Association of Georgia, Connecticut State Medical Society, North Carolina Medical Society, and American Medical Association to withdraw all of their claims against Settling Defendant Wellpoint, Inc. in *In re Wellpoint, Inc. Out-of-Network "UCR" Rates Litigation*, Master File No. MDL 09-2084 within twenty (20) days. Because those claims were only withdrawn or dismissed by Plaintiffs Dr. Hooman M. Melamed, American Medical Association, and North Carolina Medical Society, the Court finds the remaining Plaintiffs Drs. Stephen D.

Henry, James G. Schwendig, Carmen Kavali, California Medical Association, Medical Association of Georgia, and Connecticut State Medical Society in civil contempt of the court. It is further

**ADJUDGED** that Drs. Henry, Schwendig, and Kavali be fined in the amount of $100 each per month that they continue to violate this Court's order as coercive sanctions. It is further

**ADJUDGED** that California Medical Association, Medical Association of Georgia, and Connecticut Medical Society be fined in the amount of $500 per month that they continue to violate this Court's order as coercive sanctions. It is further

**ORDERED AND ADJUDGED** that:

(1) The Court declines to rule on the issue of compensatory sanctions and attorneys' fees.

(2) WellPoint, Inc.'s Motion for Sanctions (D.E. No. 6313) is **GRANTED IN PART** and **DENIED IN PART**.

(3) Provider Plaintiffs' Motion for Stay of Imposition of Sanctions (D.E. No. 6316) is **DENIED**.

(4) Provider Plaintiffs' Motion for Reconsideration (D.E. No. 6327) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of July, 2012.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record