```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100045184
Cashier ID: vthomas
Transaction Date: 09/12/2012
Payer Name: WHATLEY KALLAS, LLC
----------------------------------
SANCTIONS/CONTEMPT FINES
 For: CARMEN KAVALI, ET AL.
 Case/Party: D-FLS-1-00-MD-001334-001
 Amount:       $1,800.00
----------------------------------
CHECK
 Check/Money Order Num: 010212
 Amt Tendered: $1,800.00
----------------------------------
Total Due:      $1,800.00
Total Tendered: $1,800.00
Change Amt:     $0.00

FBO: CALIFORNIA MEDICAL
ASSOCIATION, MEDICAL ASSOCIATION
OF GEORGIA, CONNECTICUT STATE
MEDICAL SOCIETY, CARMEN KAVALI,
M.D., STEPHEN HENRY, M.D., AND
GARY SCHWENDIG, M.D.

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```