UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File Number: 1:00-01334-MD-MORENO**

IN RE: MANAGED CARE LITIGATION

_____/

## ORDER OF REFERRAL OF MOTION TO ENFORCE ARBITRATION SUMONSES AND MOTION TO STRIKE MOTION TO ENFORCE SUMONSES TO MAGISTRATE JUDGE O'SULLIVAN

THIS CAUSE came before the Court upon Managed Care Advisory Group, LLC.'s Motion to Enforce Arbitration Summonses **(D.E. 6493)** and Cigna Healthcare's Motion to Strike Managed Care Advisory Group, LLC.'s Motion to Enforce Arbitration Summons **(D.E. 6508)**.

PURSUANT to 28 U.S.C. § 636(b)(1)A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge John J. O'Sullivan** to submit an Order to this Court on Managed Care Advisory Group, LLC.'s Motion to Enforce Arbitration Summonses and Cigna Healthcare's Motion to Strike Managed Care Advisory Group, LLC.'s Motion to Enforce Arbitration Summons.

All motions for extension or enlargement of time that relate to such motion are included with this referral.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge John J. O'Sullivan.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ of October 2016.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge John J. O'Sullivan
Counsel of Record