UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-MD-01334-MORENO/O'SULLIVAN

IN RE: MANAGED CARE LITIGATION

_____/

**ORDER**

THIS MATTER is before the Court on Managed Care Advisory Group, LLC's Motion to Enforce Arbitration Summonses (DE # 6493, 9/2/16) and Cigna Healthcare's Motion to Strike Managed Care Advisory Group LLC's Motion to Enforce Arbitration Summonses (DE # 6508, 9/29/16). Having reviewed the applicable filings and law, having held a hearing in this matter, for the reasons stated on the record, and in accordance with the rulings from the bench, it is

ORDERED AND ADJUDGED that Managed Care Advisory Group, LLC's Motion to Enforce Arbitration Summonses (DE # 6493, 9/2/16) is GRANTED. It is further

ORDERED AND ADJUDGED that this matter is referred back to the arbitrator to determine a date for the required hearing. It is further

ORDERED AND ADJUDGED that Cigna Healthcare's Motion to Strike Managed Care Advisory Group LLC's Motion to Enforce Arbitration Summonses (DE # 6508, 9/29/16) is DENIED. It is further

ORDERED AND ADJUDGED that the referral of this matter back to the arbitrator is stayed until January 13, 2017, to allow time for any appeal of the undersigned's ruling.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of December, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moreno
All Counsel of Record