UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-01334-MD-MORENO

IN RE: MANAGED CARE LITIGATION,
_____/

### ORDER SETTING HEARING AND ORDER REQUIRING RESPONSE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** a hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **May 12, 2022 at 2:00 PM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate. Specifically, the Court will hear argument on the following matters:

1) The Report and Recommendation of Special Master Joseph M. Matthews on Motions to Quash (D.E. 6719)

2) MCAG's Motion to Confirm in Part (as to the payment of $16 million) and to Vacate or Modify in part (as to the rewriting of the applicable agreements) the Reasoned Opinion and Award of the Special Master/Successor Arbitrator (D.E. 6821)

3) The Report and Recommendation of Special Master Joseph M. Matthews (D.E. 6825)

4) Special Accounting Master Soneet Kapila's Omnibus Motion (D.E. 6780)

5) Any other pending motion, including motions to enforce settlement agreement, complete financial accounting, and to intervene.

It is also

ADJUDGED that by **May 6, 2022 at noon**, all parties shall submit a pleading no longer than 2 pages in response to the following questions:

1) In view of the passage of time, is the December 22, 2020 Report and Recommendation of Magistrate Judge Goodman to deny CiGNA's motion to stay the arbitration moot?

2) In view of the passage of time, is the January 4, 2021 Report and Recommendation by Magistrate Judge Goodman moot? The Report and Recommendation concludes that the "Stipulated Order" terminated the private arbitration, but that MCAG did not abandon or waive the ability to proceed in an arbitration-type process in this Court.

3) Should the Court deny as moot MCAG's motion to set deadline for filing appeal of final arbitral award?

DONE AND ORDERED in Chambers at Miami, Florida, this 22 of April 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record