UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-01334-MD-MORENO

IN RE: MANAGED CARE LITIGATION,
_____/

### ORDER SETTING EVIDENTIARY HEARING

THIS CAUSE came before the Court upon a status conference in Open Court on December 12, 2023.

**ADJUDGED** that an evidentiary hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **January 10, 2024 at 9:00 AM**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___14___ of December 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record