IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Master File No.: 00-1334-MD-MORENO-O'SULLIVAN

**MDL NO.: 1334**

**IN RE: MANAGED CARE LITIGATION**

_____/

**NOTICE OF STATUS OF EVIDENTIARY HEARING**

Cigna Healthcare ("CIGNA"), by and through undersigned counsel, files this Notice of the status of the evidentiary hearing that was scheduled for July 15, 2024 (DE 6976) and which has been continued (DE 6984), and in support thereof states as follows:

The hearing did not go forward pursuant to the unopposed motion to continue filed by MCAG (DE 6984), which the Court granted, and remains to be re-set. In the interim, MCAG and CIGNA have agreed to mediate the remaining issues between the Parties. Such mediation is set for October 14, 2024. The Parties are collaborating on a potential evidentiary hearing date for November or December of 2024, that will be consistent with the Court's calendar, if any issues remain after the mediation.

**CONCLUSION**

CIGNA has met and conferred with MCAG, which has no objection to this Status Notice, and provides such information to the Court to keep the Court apprised of the remaining issues to be heard, if not resolved at mediation. If additional information or documents are requested, CIGNA will be happy to respond.

Dated: September 13, 2024

        Respectfully submitted

        **HOGAN LOVELLS US LLP**

        By */s/  Marty Steinberg*
        Marty Steinberg, Esq.
        Florida Bar No. 187293
        marty.steinberg@hoganlovells.com
        Alvin Lindsay, Esq.
        Alvin.lindsay@hoganloivells.com
        600 Brickell Avenue, Suite 2700
        Miami, Florida 33131
        305-459-6500 Telephone

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 13, 2024, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        By */s/  Marty Steinberg*
          Marty Steinberg, Esq.