UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-1334-MD-MORENO

IN RE: MANAGED CARE LITIGATION,

_____/

### ORDER SETTING EVIDENTIARY HEARING

THIS CAUSE came before the Court upon the Notice of Status of Evidentiary Hearing **(D.E. 6986)**, filed on **September 13, 2024**. It is

**ADJUDGED** that an evidentiary hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **Tuesday December 10, 2024 at 10:00 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___18th___ of September 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record