UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-01334-MD-MORENO

IN RE: MANAGED CARE LITIGATION
_____/

### ORDER RESETTING EVIDENTIARY HEARING

THIS CAUSE came before the Court upon the hearing in Open Court on December 10, 2024

THE COURT has considered oral argument, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the evidentiary hearing is continued and will take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **Monday January 13, 2025 at 9:00 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a Magistrate Judge.

DONE AND ORDERED in ~~Chambers~~ Open Court at Miami, Florida, this __10__ of December 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record