UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-01334-MD-MORENO

IN RE: MANAGED CARE LITIGATION,
_____/

### ORDER REQUIRING WRITTEN CLOSING ARGUMENTS AND ORDER SETTING ORAL ARGUMENT

THIS CAUSE came before the Court at the Evidentiary Hearing in Open Court on January 13-14, 2025. Consistent with the Court's instructions, it is

**ADJUDGED** that each side shall file written closing arguments by no later than **February 27, 2025**. In addition, the parties shall each file a flowchart indicating the source of the funds at issue and the expenditures as explained in Open Court. Managed Care Advisory Group shall also file a spreadsheet with the list of class members, who are still owed funds and the amount of those funds. Those filings are also due by no later than **February 27, 2025**. It is also

**ADJUDGED** that the Court sets oral argument on **March 11, 2025 at 9:30 AM** before the undersigned judge in Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128.

DONE AND ORDERED in Open Court on this 14th day of January 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies Provided:
Counsel of Record